**SO ORDERED.**
**SIGNED this 19th day of April, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

BYRD MORTUARY

Case No. 3:16-bk-30698-SHB

Debtor

### O R D E R

The Court, on its own motion, directs Grace L. Gardiner to appear on April 28, 2016, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why she should not be sanctioned for failing to comply with the directives in the Order entered on April 7, 2016, that "[n]o later than April 18, 2016, Grace L. Gardiner and the firm of Gardiner & Associates shall disgorge the $1,270.00 attorney fee paid for the filing of this case to F. Scott Milligan, Chapter 7 Trustee for Clarence Byrd, Case No. 3:16-bk-30697-SHB[, and c]ounsel shall file with the Court a certification of such disgorgement no later than April 18, 2016."

###